1042

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
LEE PETTIT, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00952-8, Barbara D. Johnson, J., entered
July 31, 1990. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Morgan, C.J., and Skimas, J. Pro
Tem.

THE STATE OF WASHINGTON, *Respondent*, v. FRED RAY
VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-01888-1, E. Albert Morrison, J., entered
October 21, 1991. *Reversed* by unpublished opinion per Sein-
feld, J., concurred in by Morgan, C.J., and Alexander, J.

MELVIN SPENCER, *Appellant*, v. SID ACKLER, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 89-2-01141-8, Milton R. Cox, J., entered January
7, 1992. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan, C.J., and Seinfeld, J.

SNOHOMISH COUNTY PROPERTY RIGHTS ALLIANCE, ET
AL, *Appellants*, v. SNOHOMISH COUNTY, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-2-01313-1, John F. Wilson, J., entered
July 29, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Webster, C.J., and Baker, J.